# Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| 23M634 | June 26, 2023 at 1:53 p.m. | USPS |

Inventory made in the presence of:

TFO Lazzara, TFO Sgt. Fraction, TFO Calderon, TFO Domico, TFO Pedregosa, TFO Solidum, TFO Wilson

Inventory of the property taken and name of any person(s) seized:

(1) clear and black vacuum sealed bag containing numerous oval orange pills each imprinted with "b 974" and "30" field tested positive as methamphetamine destined to 1233 W. Foster Apt. 1, Chicago, IL 60640.

PEAP#: IS0001879528

Estimated weight: 528.3 grams

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: June 26, 2023

*Executing officer's signature*

Rosario Lazzara - Task Force Officer

*Printed name and title*